No. 04–5188. SHOBANDE *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 25, 2004, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 03–10259. IN RE RUSSELL. C. A. 6th Cir. Petition for writ of common-law certiorari denied.

No. 03–10762. IN RE AMIR-EL;
No. 03–10796. IN RE OGUNDE ET AL.;
No. 03–10844. IN RE KORNAFEL;
No. 03–10929. IN RE ACKLIN;
No. 04–297. IN RE CALIFORRNIAA;
No. 04–5233. IN RE THRASH;
No. 04–5306. IN RE PULLIAM;
No. 04–5340. IN RE MONTEZ;
No. 04–5404. IN RE ELLIS;
No. 04–5501. IN RE MARSH;
No. 04–5633. IN RE ZARATE;
No. 04–5701. IN RE CLUCK;
No. 04–5745. IN RE SCHEIDLY;
No. 04–5769. IN RE CROFT;
No. 04–5811. IN RE CRUZ-RIVERA;
No. 04–5834. IN RE DUMAS;
No. 04–5841. IN RE FOUCHE;
No. 04–5857. IN RE BEAUMONT;
No. 04–5902. IN RE OLSON;
No. 04–5918. IN RE DEMOUCHET;
No. 04–5933. IN RE LEVERETT;
No. 04–5946. IN RE HERRERA;
No. 04–6002. IN RE ABSALON;
No. 04–6093. IN RE BURGESS;
No. 04–6096. IN RE VERDONE;
No. 04–6130. IN RE HILL;
No. 04–6141. IN RE HARLEY; and
No. 04–6145. IN RE HUBBARD. Petitions for writs of habeas corpus denied.

No. 03–1645. IN RE GREEN;
No. 03–10052. IN RE JOHNSON;
No. 03–10356. IN RE MORGAN;